UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Rebecca J Beas

            Case No.: <u>21-02331</u>
            Adversary No.: _____
   Debtor      Chapter: _____13_____
            Judge: <u>Henry W Van Eck</u>

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New Payment Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 2/3/25

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  Chapter #13
Rebecca J Beas  Case No. 21-02231
  Honorable Henry W Van Eck

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Miguelina Candelario of Santander Bank, N.A., do hereby certify that on February 3, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 3rd day of February 2025.

*Miguelina Candelario*
Miguelina Candelario
Santander Bank, N.A.
Bankruptcy Administrator
1130 Berkshire Boulevard
Wyomissing, PA 19610
(484) 512-3530
Email: DeftBkr@santander.us

VIA US MAIL
Rebecca J Beas
1165 Ledge Dr
York, PA 17408

Jack N Zaharopoulos
8125 Adams Dr STE A
Hummelstown, PA 17063

VIA ECF
Nicholas G Platt
NGP@MOONEY4LAW.COM