In re:                                                                                                    Case No. 21-02331-HWV

Rebecca J. Beas                                                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                        User: AutoDocke                                        Page 1 of 3

Date Rcvd: Nov 21, 2025                                Form ID: 3180W                                Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca J. Beas, 1165 Ledge Drive, York, PA 17408-8904 |
| cr | + | Truist Financial Corporation f/k/a Branch Banking, JSDC Law Office, 11 E. Chocolate Ave, Suite 300, Hershey, PA 17033-1320 |
| 5443375 | + | Smith Col Ed, Pob 2901, Winston Salem, NC 27102-2901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 21 2025 18:36:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: DeftBkr@santander.us | Nov 21 2025 18:36:00 | Santander Bank, N.A., Santander Bank, N.A, 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 5443365 | | Email/Text: bankruptcy@bbandt.com | Nov 21 2025 18:36:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 5454432 | + | Email/Text: bankruptcy@bbandt.com | Nov 21 2025 18:36:00 | Branch Banking & Trust Company Now Truist, P.O. Box 1847, 100-50-01-51, Wilson NC 27894-1847 |
| 5443366 | + | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5450187 | | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5443367 | + | EDI: CITICORP | Nov 21 2025 23:36:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 5443368 | | EDI: CITICORP | Nov 21 2025 23:36:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5443369 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 18:47:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5443370 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 21 2025 18:36:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 5443371 | + | Email/Text: Bankrupcy@Freedommortgage.com | Nov 21 2025 18:36:00 | Freedom Mortgage, PO Box 6656, chicago, IL 60680-6656 |
| 5452171 | | Email/Text: Bankrupcy@Freedommortgage.com | Nov 21 2025 18:36:00 | Freedom Mortgage Corp, Attn Bankruptcy Department, 11988 Exit 5 Parkway Bldg 4, Fishers, IN 46037-7939 |
| 5443372 | + | Email/Text: bankruptcy@huntington.com | Nov 21 2025 18:36:00 | Huntington National Bank, Attn: Bankruptcy, Po |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 340996, Columbus, OH 43234-0996 |
| 5453010 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:47:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5443373 | + | Email/Text: Bankrupcies@nragroup.com | Nov 21 2025 18:36:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5454599 | | EDI: PRA.COM | Nov 21 2025 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5443374 | + | Email/Text: DeftBkr@santander.us | Nov 21 2025 18:36:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 5452325 | + | Email/Text: DeftBkr@santander.us | Nov 21 2025 18:36:00 | Santander Bank, N.A., 450 Penn St. MC: PA-450-FB1, Reading, PA 19602-1011 |
| 5443824 | + | Email/Text: bankruptcy@huntington.com | Nov 21 2025 18:36:00 | The Huntington National Bank, PO Box 89424, Cleveland OH 44101-6424 |
| 5446472 | | EDI: USBANKARS.COM | Nov 21 2025 23:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 5443376 | | EDI: USBANKARS.COM | Nov 21 2025 23:36:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 5443828 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 21 2025 18:36:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 5443377 | + | Email/Text: bankruptcynotification@wellspan.org | Nov 21 2025 18:36:00 | Wellspan, PO Box 645734, Cincinnati, OH 45264-5734 |
| 5443378 | + | Email/Text: lconey@whiterosecu.com | Nov 21 2025 18:36:00 | White Rose Credit Unio, 1529 Rodney Road, York, PA 17408-9716 |
| 5448570 | + | Email/Text: lconey@whiterosecu.com | Nov 21 2025 18:36:00 | White Rose Credit Union, 3498 Industrial Drive, York PA 17402-9050 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5443379 | ##+ | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |
| 5443380 | ##+ | York Anesthesia Associates, 110 Pine Grove Commons, York, PA 17403-5151 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Kimberly A Bonner | |
| | on behalf of Creditor Truist Financial Corporation f/k/a Branch Banking & Trust Co. successor by merger to Susquehanna Bank kab@jsdc.com  jnr@jsdc.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Nicholas G. Platt | |
| | on behalf of Debtor 1 Rebecca J. Beas ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

## Information to identify the case:

| | |
|---|---|
| Debtor 1 | **Rebecca J. Beas** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | Middle District of Pennsylvania |
| Case number: | 1:21–bk–02331–HWV |

Social Security number or ITIN    xxx–xx–4281
EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _
EIN  _ _–_ _ _ _ _ _ _

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rebecca J. Beas

**By the court:**

_11/21/25_

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:21-bk-02331-HWV    Doc 34    Filed 11/23/25    Entered 11/24/25 00:26:52    Desc
Imaged Certificate of Notice    Page 6 of 6